# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| REBECCA ELAINE GATES-COLBERT, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:11CV208 SNLJ |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's motion for review of sentence pursuant to 18 U.S.C. § 3742. Section 3742, however, does not authorize this Court to review or correct a sentence under any circumstances. The statute permits a defendant to appeal a sentence "imposed in violation of law" or "imposed as a result of an incorrect application of the sentencing guidelines." 18 U.S.C. § 3742(a). And the statute permits the court of appeals to remedy a sentence when appropriate. No provision of the statute permits a district court to modify or correct a sentence. As such, the motion must be denied.

Before denying the motion, however, the Court will allow movant to inform the Court whether she wishes to recharacterize the motion as either a notice of appeal or a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. If movant wishes to receive relief from this Court, a § 2255 motion is her only potential avenue.

Accordingly,

**IT IS HEREBY ORDERED** that movant shall, no later than twenty-eight (28) days from the date of this order, inform the Court in writing whether she wishes to recharacterize her motion as either a notice of appeal or a motion under § 2255, but not both.

**IT IS FURTHER ORDERED** that the Clerk shall mail to movant a copy of the Court's criminal notice of appeal form and a copy of the Court's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 form.

**IT IS FURTHER ORDERED** that if movant chooses to recharacterize the motion as a notice of appeal, she must fill out the notice of appeal form and return it to the Court within twenty-eight days of the date of this Order.

**IT IS FURTHER ORDERED** that if movant chooses to recharacterize the motion as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, she must fill out the § 2255 form and return it to the Court within twenty-eight days of the date of this Order.

**IT IS FURTHER ORDERED** that if movant fails to timely respond to this Order, this action will be dismissed.

Dated this <u>7th</u> day of December, 2011.

STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE